CLARA DIAMOND, Respondent, v. ISAAC C. COHN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOAQUIN A. DE OLIVEIRA BOTELHO, Respondent, v. JULIUS H. SIEBERT, Appellant.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant.  No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GEORGE A. LUDEWIG, Appellant, v. H. MARQUARDT & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

NORMAN E. MCCLELLAND, Respondent, v. TERRY SHIPBUILDING COR- PORATION, Appellant.— Order modified as stated in order and as so modified affirmed, without costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

DOWNES & COMPANY, Respondent, v. EDGAR J. THAYER, INC., Appel- lant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ISAAC HEINEMAN v. FREDERICK J. H. KRACKE.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANK DAVIN and Others, as Executors, etc., v. ETHEL ISHAM.— Motion to dismiss appeal granted, with ten dollars, costs unless appellant comply with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANK DAVIN and Others, as Executors, etc., v. ETHEL ISHAM.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

EZEKIEL C. M. RAND v. EVANS R. DICK and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn. JJ.

WILKINSON BROS. & CO. v. WILLIAM E. EBBETS.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PETER CIACCIO v. BENJAMIN J. WEIL.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROSE CIACCIO, an Infant, v. BENJAMIN J. WEIL.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CYRUS D. PRELL v. WILLIAM E. ROCHE.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CAROLINE C. FEHR v. ALBERT TURNER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

REPUBLIC BAG AND PAPER COMPANY v. DAVID L. COHEN.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.